DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COASTAL VENTURE ALLIANCE, LLC,** a Florida Limited Liability
Company,
Appellant,

v.

**JOSE L. RUBIO,** Individually; **ANTHONY RUBIO,** Individually, and
**DOES 1-5,** Inclusive,
Appellees.

No. 4D18-2051

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. 17-010023 CACE.

Andre G. Raikhelson of the Law Offices of Andre G. Raikhelson, Boca Raton, for appellant.

Sheldon R. Rosenthal, Miami, for appellees Jose L. Rubio, Anthony Rubio, and DOES 1-5.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***